| | |
|---|---|
| **UNITED STATES JUDICIAL PANEL**<br>on<br>**MULTIDISTRICT LITIGATION** | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br>**Jan 21, 2010**<br>FILED<br>CLERK'S OFFICE |

**IN RE: SOUTHEASTERN MILK
ANTITRUST LITIGATION**

McArthur Diary, LLC v. McCowtree Brothers )
Dairy, Inc., et al., S.D. Florida, ) MDL No. 1899
C.A. No. 0:09-62033 )

## CONDITIONAL TRANSFER ORDER (CTO-1)

On January 7, 2008, the Panel transferred two civil actions to the United States District Court for the Eastern District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 530 F.Supp.2d 1359 (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable J. Ronnie Greer.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Eastern District of Tennessee and assigned to Judge Greer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Tennessee for the reasons stated in the order of January 7, 2008, and, with the consent of that court, assigned to the Honorable J. Ronnie Greer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Tennessee.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel